IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

AT NASHVILLE

JUNE, 1998 SESSION

FILED

September 29, 1998

Cecil W. Crowson
Appellate Court Clerk

| | | |
|---|---|---|
| **JUAN PEREZ WALKER** | ) | No. 01C01-9708-CR-00371 |
| | ) | |
| Appellee, | ) | |
| | ) | Davidson County |
| vs. | ) | |
| | ) | Honorable Thomas H. Shriver, Judge |
| **STATE OF TENNESSEE,** | ) | |
| | ) | (Post-Conviction) |
| Appellant. | ) | |

FOR THE APPELLANT:

THOMAS H. MILLER
(On Appeal)
Post Office Box 681662
Franklin, TN 37064

MARTIN A. KOOPERMAN
(At the Post-Conviction Hearing)
603 Woodland St.
Nashville, TN 37206

FOR THE APPELLEE:

JOHN KNOX WALKUP
Attorney General & Reporter

CLINTON J. MORGAN
Counsel for the State
Criminal Justice Division
425 Fifth Ave. North
Nashville, TN 37243-0493

VICTOR S. JOHNSON, III
District Attorney General

PAM ANDERSON
Assistant District Attorney General
Washington Square, Suite 500
222 2nd Ave. N.
Nashville, TN 37201-1649

OPINION FILED: _____

**AFFIRMED PURSUANT TO RULE 20**

CURWOOD WITT
JUDGE

**OPINION**

Juan Perez Walker, the petitioner, appeals pursuant to Rule 3 of the Tennessee Rules of Criminal Procedure from the trial court's dismissal of his petition for post-conviction relief. He contends that the trial court erred in finding that his attorney had provided effective assistance of counsel and that he knowingly and voluntarily entered his guilty plea.

In post-conviction proceedings, the petitioner has the burden of proving the grounds raised in the petition by a clear and convincing evidence. Tenn. Code Ann. § 40-30-210(f) (1997). After a hearing, the trial court found that petitioner's counsel did "an exceptionally good job" in handling the plea and that his representation was well within the range of competence demanded of attorneys in criminal cases under Baxter v. Rose, 523 S.W.2d 930 (Tenn. 1975). The trial court also found that the petitioner entered his guilty pleas with a clear understanding of his constitutional rights and of the consequences of pleading guilty and that the pleas were entered voluntarily. We have reviewed the record on appeal and the applicable law. In this instance, the petitioner has not carried his burden. The evidence in the record is more than sufficient to support the conclusions of the trial court.

A more lengthy opinion in this matter would be of no precedential value, and no error of law which requires reversal is apparent on the record. Therefore, we affirm the trial court's denial of the petitioner's request for post-conviction relief pursuant to Rule 20 of the Rules of the Tennessee Court of Criminal Appeals.

_____
CURWOOD WITT, Judge

CONCUR:

_____
JOE G. RILEY, JR., Judge

_____
R. LEE MOORE, JR., Special Judge